UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILDFLOWER CO., INC., | |
| Plaintiff, | 23 Civ. 10415 (JHR) |
| -v.- | ORDER REGARDING EARLY MEDIATION |
| ROADGET BUSINESS PTE. LTD. et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

Cases of this nature often benefit from early mediation.  By separate Order to be entered today, **the Court is referring this case to the Court-annexed Mediation Program**.  If the parties believe that there is a need for limited discovery to facilitate the mediation, they shall confer with respect to the scope of such discovery and promptly raise any disputes with the Court in accordance with its Individual Rules and Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-jennifer-h-rearden).

SO ORDERED.

Dated: June 6, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024