USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILDFLOWER + CO., INC.,

        Plaintiff,

        v.

ROADGET BUSINESS PTE. LTD.; SHEIN US
SERVICES LLC; SHEIN DISTRIBUTION
CORPORATION; and FASHION CHOICE PTE.
LTD.,

        Defendants.
------------------------------------------------------------------------X

**ORDER**

23-CV-10415 (JHR)(HRJ)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 6, 2024, plaintiff Wildflower + Co., Inc., moved via letter motion pursuant to Local Civil Rule 37.2 for a conference to resolve disputes arising out of the limited discovery permitted by the Court's Order Regarding Early Mediation. Dkt. Nos. 40, 44. This case was referred to me for general pretrial supervision on September 9. Dkt. No. 45.

Plaintiff states that this dispute is time-sensitive, as it is required to provide a mediation statement to the independent mediator by September 23 and the mediation is to be held on September 26.

Defendants are ordered respond to plaintiff's letter-motion by **5:00 p.m.** on **September 12, 2024**. Unless the parties report that the discovery disputes have been resolved, the Court will hold a conference via telephone on **September 17, 2024, at 2:30 p.m.** The dial-in number is 1-646-453-4442, and the conference ID is

549-304-768#.

**SO ORDERED.**

Dated: September 10, 2024
      New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge